**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 20-10287-TPA** |
| **David E. Milligan and** | : | |
| **Julie A. Milligan,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No. 34** |
| **Julie A. Milligan,** | : | |
| **Movant** | : | **Hearing Date & Time: August 19, 2020** |
| **vs.** | : | **10:00 AM** |
| **Midland Funding, LLC,** | : | |
| **Respondent** | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID JUDICIAL LIEN
WITH MIDLAND FUNDING, LLC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Joint-Debtor's Motion to Avoid Judicial Lien with Midland Funding, LLC filed on July 13, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Joint-Debtor's Motion to Avoid Judicial Lien with Midland Funding, LLC appears thereon. Pursuant to the Notice of Hearing, objections to the Joint-Debtor's Motion to Avoid Judicial Lien with Midland Funding, LLC were to be filed and served no later than July 30, 2020.

It is hereby respectfully requested that the Order attached to the Joint-Debtor's Motion to Avoid Judicial Lien with Midland Funding, LLC be entered by the Court.

Dated: August 12, 2020

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470