FILED
8/13/20 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 20-10287-TPA** |
| **David E. Milligan and** | : | |
| **Julie A. Milligan,** | : | **Chapter 13** |
| Debtors | : | |
| | : | Docket No. |
| **Julie A. Milligan,** | : | |
| Movant | : | Related to Docket No. 33 |
| vs. | : | |
| | : | Hearing Date & Time: August 19, 2020 |
| **Midland Funding, LLC,** | : | 10:00 AM |
| Respondent | : | |
| | : | |

**ORDER**

*AND NOW*, this **13th** day of ***August, 2020***, upon the motion to avoid a judicial lien which impairs an exemption of the Debtor, it is hereby ORDERED and DECREED as follows:

1.  The judicial lien obtained by Midland Funding, LLC docketed at 163-2020 in the Court of Common Pleas of Clarion County on the Joint-Debtor's real and personal property be, and hereby is, declared null and void.

2.  The claim of Midland Funding, LLC is to be treated as a general unsecured claim.

BY THE COURT:

_____ /vas
Thomas P. Agresti,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David E. Milligan  
Julie A. Milligan  
    Debtors

Case No. 20-10287-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Aug 13, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.  
db/jdb        +David E. Milligan,     Julie A. Milligan,     7828 Route 28,     Mayport, PA 16240-1632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com  
         Kenneth P. Seitz    on behalf of Joint Debtor Julie A. Milligan thedebterasers@aol.com  
         Kenneth P. Seitz    on behalf of Debtor David E. Milligan thedebterasers@aol.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         William E. Craig    on behalf of Creditor    First Investors Servicing Corporation  
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                            TOTAL: 6