**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-10287-TPA |
| **David E. Milligan and** | : | |
| **Julie A. Milligan,** | : | Chapter 13 |
| **Debtors** | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED JUNE 9, 2021**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of June, 2021, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with the attached Amended Chapter 13 Plan dated June 9, 2021, along with a copy of the Order dated June 10, 2021, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>June 15, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

---

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 20-10287-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Apr 30 16:49:14 EDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Butler Memorial Hospital<br>P.O. Box 37171<br>Baltimore, MD 21297-3171 | CBCS<br>P.O. Box 2724<br>Columbus, OH 43216-2724 | Cap1/marcs<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Capital Management Services LP<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210-1464 | Cbcs<br>Po Box 2076<br>Columbus, OH 43216-2076 | Clarion Hospital<br>P.O. Box 645563<br>Pittsburgh, PA 15264-5253 |
| Coll Svc Ctr<br>Pob 560<br>New Kensington, PA 15068-0560 | Comenitybk/bonton<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitycb/boscov<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Credit Control LLC<br>P.O. Box 31179<br>Tampa, FL 33631-3179 | Daniel Santucci, Esquire<br>1 International Plaza<br>5th Floor<br>Philadelphia, PA 19113-1510 | David Santucci, Esquire<br>Midland Credit Management, Inc<br>1 International Plaza<br>5th Floor<br>Philadelphia, PA 19113-1510 |
| Demetrious Tsarouhis, Esquire<br>21 9th Street<br>Suite 200<br>Allentown, PA 18102-4861 | First Inv Servicing Co<br>380 Interstate North Pkwy<br>Atlanta, GA 30339-2222 | (p)GATEWAY ONE LENDING & FINANCE LLC<br>175 N RIVERVIEW DRIVE<br>ANAHEIM CA 92808-1225 |
| Ginny's Inc<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Hayt, Hayt & Landau, LLC<br>2 Industrial Way West<br>P.O. Box 500<br>Eatontown, NJ 07724-0500 | Hmc Group<br>29065 Clements Rd<br>Westlake, OH 44145-1179 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Loancare<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 |
| Macys/dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 | Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Managem<br>320 East Big Beaver<br>Troy, MI 48083-1271 |
| Midland Funding<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Montgomery Ward<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Mylappan Selvaraj MD<br>600 Medical Arts Building 670<br>Kittanning, PA 16201-7110 |

| | | |
|---|---|---|
| Northwest Consumer Dis<br>Rm 55 Dubois Mall Annex<br>Du Bois, PA 15801 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penn Highlands<br>2501 Oregon Pike<br>Lancaster, PA 17601-4890 |
| Penn Highlands Brookville<br>100 Hospital Road<br>Brookville, PA 15825-1367 | Penn Highlands Physician Network<br>P.O. Box 16157<br>Rocky River, OH 44116-0157 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 |
| Rezk Medical Supply<br>P.O. Box 520<br>Carrolltown, PA 15722-0520 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Td Rcs/littman Jeweler<br>1000 Mac Arthur Blvd<br>Mahwah, NJ 07430-2035 |
| (p)LCI<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | The Money Source<br>P.O. Box 619063<br>Dallas, TX 75261-9063 | David E. Milligan<br>7828 Route 28<br>Mayport, PA 16240-1632 |
| Julie A. Milligan<br>7828 Route 28<br>Mayport, PA 16240-1632 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Gateway One Lending<br>175 N. Riverview Drive<br>Anaheim, CA 92808 | Jefferson Capital Systems, LLC<br>16 McLeland Road<br>Saint Cloud, MN 56303 | Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 |
| Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Unknown                         End of Label Matrix
                                   Mailable recipients    44
                                   Bypassed recipients     1
                                   Total                  45