Response to Notice of Interim Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Name of debtor:** David E. Milligan
**Name of Joint Debtor:** Julie A. Milligan

**Case Number:** 20-10287-JCM

**Chapter 13**

**Property Address:**
7828 Route 28
Mayport, PA 16240

**Trustee:** Ronda J. Winnecour

**Judge:** John C Melaragno

**RESPONSE TO NOTICE OF INTERIM CURE PAYMENT FILED ON:**   07/10/2023

Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.

**Name of creditor:** Allied First Bank, SB dba Servbank

**Last four digits** of any number you use to identify the debtor's account:  2984

## Statement in Response as of: 09/12/23

### Part 1: Pre-Petition Arrears - Court claim no. (if known) # 20

Creditor ☒ Agrees that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

## Statement in Response as of: 09/12/23

### Part 2: Post-Petition Amounts

☒   Creditor agrees that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

☐   Creditor disagrees:
   Post-petition amounts remaining due:                                    $0

Disagree Special Language:
   Other: Interim Case Audit

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Response. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Response, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

**Part 3: Sign Here**

| | |
|---|---|
| Print Name: | Mukta Suri |
| Title: | Allied First Bank, SB dba Servbank |
| Company: | Bonial & Associates, P.C. |

/s/ Mukta Suri

Signature

Address and telephone number:

09/12/2023
Date

    P. O. Box 9013
    Addison, TX 75001

Telephone: (972) 643-6600      Email: POCInquiries@BonialPC.com

2

## CERTIFICATE OF SERVICE

      I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before September 13, 2023.

**Debtor**  *Via U.S. Mail*

David E. Milligan
7828 Route 28
Mayport, PA 16240

**Debtor**  *Via U.S. Mail*

Julie A. Milligan
7828 Route 28
Mayport, PA 16240

**Debtors' Attorney**

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

**Trustee**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

    Respectfully Submitted,

    /s/ Mukta Suri