**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/21/2023

IN RE:

| | |
|---|---|
| DAVID E. MILLIGAN<br>JULIE A. MILLIGAN<br>7828 ROUTE 28<br>MAYPORT,  PA  16240<br>XXX-XX-4821          Debtor(s)<br><br>XXX-XX-4638 | Case No.20-10287<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

　　　NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

　　　This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

　　　This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

　　　The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/21/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6295 |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*$0@SEC/CL*AMD*FR 1ST INVESTORS-DOC 60*W/69 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0001 |
| **ALLIED FIRST BANK SB D/B/A SERVBANK**<br>ATTN CASHIERING<br>3138 E ELWOOD ST<br>PHOENIX, AZ  85034 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*573.38/PL*DKT4PMT-LMT*BGN 5/20*FR THE MONEY SOURCE-D66 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2984 |
| **BUTLER MEMORIAL HOSPITAL**<br>ONE HOSPITAL WAY<br>BUTLER, PA  16001 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8215 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MARCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7204 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1460 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9798 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9209 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4378 |
| **CLARION HOSPITAL**<br>ONE HOSPITAL DR<br>CLARION, PA  16214 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4542 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CLARION HOSPITAL**<br>ONE HOSPITAL DR<br><br>CLARION, PA  16214 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5600 |
| **CLARION HOSPITAL**<br>ONE HOSPITAL DR<br><br>CLARION, PA  16214 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5479 |
| **CLARION HOSPITAL**<br>ONE HOSPITAL DR<br><br>CLARION, PA  16214 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6785 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  97EW |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM:  1,233.55<br>COMMENT:  SYNCHRONY/JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3259 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~BOSCOV/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1704 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX  75356 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  5,978.60<br>COMMENT:  X3728/SCH*AUTO DFCNY*REPOD*FIRST MIDWEST BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3316 |
| **GINNYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM:  98.72<br>COMMENT:  X2630/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9630 |
| **THE SOS GROUP**<br>29065 CLEMENS RD STE 200<br><br>WESTLAKE, OH  44145 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  150.00<br>COMMENT:  X1175/SCH*CLARION HSPT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4821 |
| **CLARION HOSPITAL**<br>ONE HOSPITAL DR<br><br>CLARION, PA  16214 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM:  529.15<br>COMMENT:  X2759/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7862 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 23 <br> CLAIM: 2,140.41 <br> COMMENT: X2019/SCH*CREDIT SHOP/BARCLAY*REF 3453230108* | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7450 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8904 |
| **LOANCARE SERVICING CENTER INC** <br> 3637 SENTARA WAY STE 303 <br> VIRGINIA BEACH, VA 23452 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2984 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA 98083-0657 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 32 <br> CLAIM: 1,721.17 <br> COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5134 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS** <br> C/O NCO FINANCIAL SYSTEMS INC <br> PO BOX 4275 <br> NORCROSS, GA 30091 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2344 |
| **MERRICK BANK** <br> C/O RESURGENT CAPITAL SVCS** <br> POB 10368 <br> GREENVILLE, SC 29603-0368 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 1,811.13 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9034 |
| **MERRICK BANK** <br> C/O RESURGENT CAPITAL SVCS** <br> POB 10368 <br> GREENVILLE, SC 29603-0368 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 1,580.01 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4005 |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2037 <br> WARREN, MI 48090 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 31 <br> CLAIM: 1,423.49 <br> COMMENT: X1374/SCH*COMENITY CPTL/OVERSTOCK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2449 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 28 <br> CLAIM: 1,833.91 <br> COMMENT: X2120/SCH*SYNC BANK/WALMART*JUDGMENT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7079 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 27 <br> CLAIM: 1,646.35 <br> COMMENT: AVD/OE*X4546/SCH*SYNC BANK/SAMS*JUDGMENT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7182 |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 1,625.61<br>COMMENT: X4351/SCH*SYNC BANK/LOWES*JUDGMENT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4477 |
| **MONTGOMERY WARD\*\***<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 689.62<br>COMMENT: X2290/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9290 |
| **DR SELVARAJ++**<br>600 MEDICAL ARTS BLDG STE 670<br>KITTANING, PA 16201-7110 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0350 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **PENN HIGHLANDS**<br>PO BOX 16157<br>ROCKY RIVER, OH 44116 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1756 |
| **PENN HIGHLANDS**<br>PO BOX 16157<br>ROCKY RIVER, OH 44116 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1556 |
| **PENN HIGHLANDS**<br>PO BOX 16157<br>ROCKY RIVER, OH 44116 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3856 |
| **PENN HIGHLANDS**<br>PO BOX 16157<br>ROCKY RIVER, OH 44116 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7734 |
| **PENN HIGHLANDS**<br>PO BOX 16157<br>ROCKY RIVER, OH 44116 | Trustee Claim Number: 39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6518 |
| **PENN HIGHLANDS BROOKVILLE**<br>100 HOSPITAL RD<br>BROOKVILLE, PA 15825 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1719 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br><br>ALLENTOWN, PA 18104 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7774 |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br><br>ALLENTOWN, PA 18104 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4591 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 2,281.04<br>COMMENT: COMENITY CPTL/BIG LOTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9887 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 2,061.45<br>COMMENT: COMENITY*PEEBLES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1831 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 1,821.07<br>COMMENT: SYNC BANK/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7190 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number: 18<br><br>CLAIM: 1,595.70<br>COMMENT: SYNC BANK/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6295 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 1,343.47<br>COMMENT: COMENITY CPT/BIG LOTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9804 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3952 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 1,106.28<br>COMMENT: COMENITY BANK*BON TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9668 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 50 INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 906.39<br>COMMENT: COMENITY BANK/BOSCOVS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7362 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  815.91<br>COMMENT:  SYNC BANK/JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7058 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  546.70<br>COMMENT:  CAP 1/MAURICES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7204 |
| **REZK MEDICAL SUPPLY**<br>PO BOX 520<br><br>CARROLLTOWN, PA  15722-0520 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1197 |
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br><br>DALLAS, TX  75380 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  2,190.97<br>COMMENT:  LITTMAN JEWELERS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4865 |
| **CAPITAL MANAGEMENT SERVICES**<br>698 1/2 SOUTH OGDEN ST<br><br>BUFFALO, NY  14206 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT CONTROL LLC**<br>5757 PHANTOM DR STE 330<br><br>HAZELWOOD, MO  63042 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DANIEL JOSEPH SANTUCCI ESQ++**<br>1 INTERNATIONAL PLAZA 5TH FL<br><br>PHILADELPHIA, PA  19113 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HAYT HAYT & LANDAU LLC**<br>123 S BROAD ST STE 1325<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/KD*NT PROV/PL*CREDITOR?~250/MO@SCH G | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **TEA OLIVE LLC**<br>C/O LUNDQUIST CONSULTING INC<br>PO BOX 1931<br><br>BURLINGAME, CA  94011 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  2,633.49<br>COMMENT:  NT/SCH*THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9719 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **UNIFUND CCR LLC**<br>C/O TSAROUHIS LAW GROUP<br>21 SOUTH 9TH ST<br>ALLENTOWN, PA  18102 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  807.05<br>COMMENT:  NT/SCH*COMENITY CAP*INSUFF POD*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1267 |
| **UNIFUND CCR LLC**<br>C/O TSAROUHIS LAW GROUP<br>21 SOUTH 9TH ST<br>ALLENTOWN, PA  18102 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  716.28<br>COMMENT:  NT/SCH*COMENITY CAP*INSUFF POD*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1267 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  291.75<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4821 |
| **ALLIED FIRST BANK SB D/B/A SERVBANK**<br>ATTN CASHIERING<br>3138 E ELWOOD ST<br>PHOENIX, AZ  85034 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  584.43<br>COMMENT:  585/PL*THRU 4/20*FR THE MONEY SOURCE-DOC 66 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2984 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:26<br>CLAIM:  1,259.80<br>COMMENT:  NT/SCH*CAP 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2616 |
| **QUANTUM3 GROUP LLC - AGENT COGNICAL HC**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:30<br>CLAIM:  95.36<br>COMMENT:  96/PL~9.60MO~SEC'D LEASE*WAYFAIR*NT/SCH*LEASE*W/67 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  2384 |
| **QUANTUM3 GROUP LLC - AGENT COGNICAL HC**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:30<br>CLAIM:  47.76<br>COMMENT:  NT/SCH*WAYFAIR*LEASE*W/66 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2384 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MONEY SOURCE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:8-2<br>CLAIM:  5,779.83<br>COMMENT:  NO GEN UNS/SCH*AMD*DEFICIENCY*FR 1ST INVESTORS-DOC 60*W/2 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |