**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID E. MILLIGAN
JULIE A. MILLIGAN
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:20-10287

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/16/2020 and confirmed on 7/6/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,511.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,511.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,535.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,035.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 0.00 | 24,075.54 | 0.00 | 24,075.54 |
|     Acct: 2984 | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 584.43 | 584.43 | 0.00 | 584.43 |
|     Acct: 2984 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COGNI( | 95.36 | 95.36 | 0.00 | 95.36 |
|     Acct: 2384 | | | | |
|   SCOLOPAX LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| | | | | 24,755.33 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID E. MILLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8215 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7204 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1460 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9798 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9209 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 4378 | | | | |
| | CLARION HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4542 | | | | |
| | CLARION HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5600 | | | | |
| | CLARION HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5479 | | | | |
| | CLARION HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6785 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 97EW | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,233.55 | 43.61 | 0.00 | 43.61 |
| | Acct: 3259 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1704 | | | | |
| | SANTANDER CONSUMER USA | 5,978.60 | 211.34 | 0.00 | 211.34 |
| | Acct: 3316 | | | | |
| | GINNYS | 98.72 | 3.49 | 0.00 | 3.49 |
| | Acct: 9630 | | | | |
| | THE SOS GROUP | 150.00 | 5.30 | 0.00 | 5.30 |
| | Acct: 4821 | | | | |
| | CLARION HOSPITAL | 529.15 | 18.71 | 0.00 | 18.71 |
| | Acct: 7862 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 2,140.41 | 75.66 | 0.00 | 75.66 |
| | Acct: 7450 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8904 | | | | |
| | LOANCARE SERVICING CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2984 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,721.17 | 60.84 | 0.00 | 60.84 |
| | Acct: 5134 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2344 | | | | |
| | MERRICK BANK | 1,811.13 | 64.02 | 0.00 | 64.02 |
| | Acct: 9034 | | | | |
| | MERRICK BANK | 1,580.01 | 55.85 | 0.00 | 55.85 |
| | Acct: 4005 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 1,423.49 | 50.32 | 0.00 | 50.32 |
| | Acct: 2449 | | | | |
| | MIDLAND FUNDING LLC | 1,833.91 | 64.83 | 0.00 | 64.83 |
| | Acct: 7079 | | | | |
| | MIDLAND FUNDING LLC | 1,646.35 | 58.20 | 0.00 | 58.20 |
| | Acct: 7182 | | | | |
| | MIDLAND FUNDING LLC | 1,625.61 | 57.47 | 0.00 | 57.47 |
| | Acct: 4477 | | | | |
| | MONTGOMERY WARD** | 689.62 | 24.38 | 0.00 | 24.38 |
| | Acct: 9290 | | | | |
| | DR SELVARAJ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0350 | | | | |
| | NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | PENN HIGHLANDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1756 | | | | |
| | PENN HIGHLANDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1556 | | | | |
| | PENN HIGHLANDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3856 | | | | |
| | PENN HIGHLANDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7734 | | | | |
| | PENN HIGHLANDS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6518 | | | | |
|   PENN HIGHLANDS BROOKVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1719 | | | | |
|   PENN HIGHLANDS PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7774 | | | | |
|   PENN HIGHLANDS PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4591 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,281.04 | 80.63 | 0.00 | 80.63 |
| Acct: 9887 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,061.45 | 72.87 | 0.00 | 72.87 |
| Acct: 1831 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,821.07 | 64.37 | 0.00 | 64.37 |
| Acct: 7190 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,595.70 | 56.41 | 0.00 | 56.41 |
| Acct: 6295 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,343.47 | 47.49 | 0.00 | 47.49 |
| Acct: 9804 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3952 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,106.28 | 39.11 | 0.00 | 39.11 |
| Acct: 9668 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 906.39 | 32.04 | 0.00 | 32.04 |
| Acct: 7362 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 815.91 | 28.84 | 0.00 | 28.84 |
| Acct: 7058 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 546.70 | 19.33 | 0.00 | 19.33 |
| Acct: 7204 | | | | |
|   REZK MEDICAL SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1197 | | | | |
|   TD RETAIL CARD SERVICES | 2,190.97 | 77.45 | 0.00 | 77.45 |
| Acct: 4865 | | | | |
|   TEA OLIVE LLC | 2,633.49 | 93.09 | 0.00 | 93.09 |
| Acct: 9719 | | | | |
|   UNIFUND CCR LLC | 807.05 | 28.53 | 0.00 | 28.53 |
| Acct: 1267 | | | | |
|   UNIFUND CCR LLC | 716.28 | 25.32 | 0.00 | 25.32 |
| Acct: 1267 | | | | |
|   UPMC PHYSICIAN SERVICES | 291.75 | 10.31 | 0.00 | 10.31 |
| Acct: 4821 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,259.80 | 44.53 | 0.00 | 44.53 |
| Acct: 2616 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COGNI( | 47.76 | 1.69 | 0.00 | 1.69 |
| Acct: 2384 | | | | |
|   SCOLOPAX LLC | 5,779.83 | 204.32 | 0.00 | 204.32 |
| Acct: 0001 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6295 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CAPITAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT CONTROL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DANIEL JOSEPH SANTUCCI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,720.35 |
| TOTAL PAID TO CREDITORS | | | | 26,475.68 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 679.79 |
| UNSECURED | 48,666.66 |

Date: 01/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID E. MILLIGAN
    JULIE A. MILLIGAN
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:20-10287

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10287-JCM |
| David E. Milligan | Chapter 13 |
| Julie A. Milligan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David E. Milligan, Julie A. Milligan, 7828 Route 28, Mayport, PA 16240-1632 |
| 15230988 | + | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 15230989 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15230991 | + | Cbcs, Po Box 2076, Columbus, OH 43216-2076 |
| 15230998 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15230999 | + | David Santucci, Esquire, Midland Credit Management, Inc, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15231000 | + | Demetrious Tsarouhis, Esquire, 21 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 15231015 | | Northwest Consumer Dis, Rm 55 Dubois Mall Annex, Du Bois, PA 15801 |
| 15231016 | + | Penn Highlands, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15231017 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 15231018 | + | Penn Highlands Physician Network, P.O. Box 16157, Rocky River, OH 44116-0157 |
| 15231335 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15231021 | + | Td Rcs/littman Jeweler, 1000 Mac Arthur Blvd, Mahwah, NJ 07430-2035 |
| 15231022 | + | The Money Source, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15240474 | + | Unifund CCR, LLC, c/o Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Jan 30 2024 00:08:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jan 30 2024 00:09:00 | First Investors Servicing Corporation, 380 Interstate N. Parkway, Suite 300, Atlanta, GA 30339-2222 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:08:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15591651 | + | Email/Text: BK@servicingdivision.com | Jan 30 2024 00:08:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15230992 | ^ | MEBN | Jan 29 2024 23:56:36 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15230997 | | Email/Text: correspondence@credit-control.com | Jan 30 2024 00:08:00 | Credit Control LLC, P.O. Box 31179, Tampa, FL 33631 |
| 15230990 | + | Email/Text: cms-bk@cms-collect.com | Jan 30 2024 00:08:00 | Capital Management Services LP, 726 Exchange |

Case 20-10287-JCM    Doc 81    Filed 01/31/24    Entered 02/01/24 00:32:18    Desc Imaged
Certificate of Notice    Page 8 of 10

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Street, Suite 700, Buffalo, NY 14210-1464 |
| 15230993 | + | Email/Text: pfs.all@independence.health | Jan 30 2024 00:08:00 | Clarion Hospital, c/o Faith OBrien, One Hospital Drive, Clarion, PA 16214-8599 |
| 15230994 | ^ | MEBN | Jan 29 2024 23:56:15 | Coll Svc Ctr, Pob 560, New Kensington, PA 15068-0560 |
| 15230995 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15230996 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15231009 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:38:57 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15254605 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15231001 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jan 30 2024 00:09:00 | First Inv Servicing Co, 380 Interstate North Pkwy, Atlanta, GA 30339-2222 |
| 15241483 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jan 30 2024 00:09:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 15248337 | + | Email/Text: bankruptcy@sccompanies.com | Jan 30 2024 00:10:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15231003 | + | Email/Text: bankruptcy@sccompanies.com | Jan 30 2024 00:10:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15231004 | ^ | MEBN | Jan 29 2024 23:56:30 | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15231005 | + | Email/Text: hmcgrp@aol.com | Jan 30 2024 00:08:00 | Hmc Group, 29065 Clements Rd, Westlake, OH 44145-1179 |
| 15248196 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2024 00:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15231006 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2024 00:09:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15231007 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2024 01:01:40 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15231008 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 30 2024 00:08:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15238223 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2024 00:13:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15251602 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 15231010 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2024 00:12:52 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15231011 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15251625 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15231012 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15231013 | + | Email/Text: bankruptcy@sccompanies.com | Jan 30 2024 00:10:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15248336 | + | Email/Text: bankruptcy@sccompanies.com | Jan 30 2024 00:10:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15245403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 20-10287-JCM   Doc 81   Filed 01/31/24   Entered 02/01/24 00:32:18   Desc Imaged
Certificate of Notice   Page 9 of 10

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2024 00:13:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15231019 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:47 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15251735 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15238755 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 30 2024 00:09:00 | Santander Consumer USA, Inc. as, servicing agent for First Midwest Bank, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15493106 | + | Email/Text: bncmail@w-legal.com | Jan 30 2024 00:08:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 15243375 | + | Email/Text: tdebn@credbankserv.com | Jan 30 2024 00:08:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15238050 | ^ | MEBN | Jan 29 2024 23:55:36 | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |
| 15236323 | + | Email/Text: documentfiling@lciinc.com | Jan 30 2024 00:07:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15247088 | + | Email/Text: BK@servicingdivision.com | Jan 30 2024 00:08:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 15247275 | | Email/Text: BNCnotices@dcmservices.com | Jan 30 2024 00:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source Inc. |
| 15231023 | | Unknown |
| 15231002 | ##+ | Gateway One Lending, 175 N. Riverview Drive, Anaheim, CA 92808-1225 |
| 15231014 | ##+ | Mylappan Selvaraj MD, 600 Medical Arts Building 670, Kittanning, PA 16201-7110 |
| 15231020 | ##+ | Rezk Medical Supply, P.O. Box 520, Carrolltown, PA 15722-0520 |

TOTAL: 2 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:**

District/off: 0315-1     User: auto     Page 4 of 4

Date Rcvd: Jan 29, 2024     Form ID: pdf900     Total Noticed: 57

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Julie A. Milligan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor David E. Milligan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor First Investors Servicing Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6