IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID E. MILLIGAN
JULIE A. MILLIGAN
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:20-10287

Chapter 13

Related to: Document No. 77

ORDER OF COURT

AND NOW, this ___15th___ day of ___March___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/15/24 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

John C. Melaragno, Judge  glb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10287-JCM |
| David E. Milligan | Chapter 13 |
| Julie A. Milligan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David E. Milligan, Julie A. Milligan, 7828 Route 28, Mayport, PA 16240-1632 |
| 15230988 | + | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 15230989 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15230991 | + | Cbcs, Po Box 2076, Columbus, OH 43216-2076 |
| 15230998 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15230999 | + | David Santucci, Esquire, Midland Credit Management, Inc, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15231000 | + | Demetrious Tsarouhis, Esquire, 21 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 15231015 | | Northwest Consumer Dis, Rm 55 Dubois Mall Annex, Du Bois, PA 15801 |
| 15231016 | + | Penn Highlands, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15231017 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 15231018 | + | Penn Highlands Physician Network, P.O. Box 16157, Rocky River, OH 44116-0157 |
| 15231335 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15231021 | + | Td Rcs/littman Jeweler, 1000 Mac Arthur Blvd, Mahwah, NJ 07430-2035 |
| 15231022 | + | The Money Source, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15240474 | + | Unifund CCR, LLC, c/o Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Mar 16 2024 00:15:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Mar 16 2024 00:15:00 | First Investors Servicing Corporation, 380 Interstate N. Parkway, Suite 300, Atlanta, GA 30339-2222 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2024 00:34:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 16 2024 00:15:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| cr | + | Email/Text: BK@servicingdivision.com | Mar 16 2024 00:15:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| 15591651 | + | Email/Text: BK@servicingdivision.com | Mar 16 2024 00:15:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15230992 | ^ | MEBN | Mar 16 2024 00:15:25 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15230997 | | Email/Text: correspondence@credit-control.com | Mar 16 2024 00:15:00 | Credit Control LLC, P.O. Box 31179, Tampa, FL |

Case 20-10287-JCM    Doc 91    Filed 03/17/24    Entered 03/18/24 00:25:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Record | Type | Notice | Date/Time | Recipient |
|---|---|---|---|---|
| 15230990 | + | Email/Text: cms-bk@cms-collect.com | Mar 16 2024 00:15:00 | Capital Management Services LP, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 15230993 | + | Email/Text: pfs.all@independence.health | Mar 16 2024 00:15:00 | Clarion Hospital, c/o Faith OBrien, One Hospital Drive, Clarion, PA 16214-8599 |
| 15230994 | ^ | MEBN | Mar 16 2024 00:14:31 | Coll Svc Ctr, Pob 560, New Kensington, PA 15068-0560 |
| 15230995 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2024 00:15:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15230996 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2024 00:15:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15231009 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:34:03 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15254605 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2024 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15231001 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Mar 16 2024 00:15:00 | First Inv Servicing Co, 380 Interstate North Pkwy, Atlanta, GA 30339-2222 |
| 15241483 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Mar 16 2024 00:15:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 15248337 | + | Email/Text: bankruptcy@sccompanies.com | Mar 16 2024 00:16:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15231003 | + | Email/Text: bankruptcy@sccompanies.com | Mar 16 2024 00:16:00 | Ginny's Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15231004 | ^ | MEBN | Mar 16 2024 00:15:15 | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15231005 | + | Email/Text: hmcgrp@aol.com | Mar 16 2024 00:15:00 | Hmc Group, 29065 Clements Rd, Westlake, OH 44145-1179 |
| 15248196 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 16 2024 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15231006 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 16 2024 00:16:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15231007 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2024 00:33:44 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15231008 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 16 2024 00:15:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15238223 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 16 2024 00:22:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15251602 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2024 00:16:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 15231010 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 16 2024 00:22:29 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15231011 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2024 00:16:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15251625 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2024 00:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15231012 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2024 00:16:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15231013 | + | Email/Text: bankruptcy@sccompanies.com | Mar 16 2024 00:16:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15248336 | + | Email/Text: bankruptcy@sccompanies.com | | |

(continued: 33631)

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 16 2024 00:16:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15245403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2024 00:33:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15231019 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2024 00:34:26 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15251735 | | Email/Text: bnc-quantum@quantum3group.com | Mar 16 2024 00:15:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15238755 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 16 2024 00:16:00 | Santander Consumer USA, Inc. as, servicing agent for First Midwest Bank, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15493106 | + | Email/Text: bncmail@w-legal.com | Mar 16 2024 00:15:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 15686926 | + | Email/Text: BK@servicingdivision.com | Mar 16 2024 00:15:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15243375 | + | Email/Text: tdebn@credbankserv.com | Mar 16 2024 00:15:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15238050 | ^ | MEBN | Mar 16 2024 00:14:13 | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |
| 15236323 | + | Email/Text: documentfiling@lciinc.com | Mar 16 2024 00:15:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15247088 | + | Email/Text: BK@servicingdivision.com | Mar 16 2024 00:15:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 15247275 | | Email/Text: BNCnotices@dcmservices.com | Mar 16 2024 00:15:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source Inc. |
| 15231023 | | Unknown |
| 15231002 | ##+ | Gateway One Lending, 175 N. Riverview Drive, Anaheim, CA 92808-1225 |
| 15231014 | ##+ | Mylappan Selvaraj MD, 600 Medical Arts Building 670, Kittanning, PA 16201-7110 |
| 15231020 | ##+ | Rezk Medical Supply, P.O. Box 520, Carrolltown, PA 15722-0520 |

TOTAL: 2 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Julie A. Milligan thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor David E. Milligan thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor First Investors Servicing Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6